**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1508**

———————

PRISCILLA A. BANKS, formerly known as
Priscilla A. Green,

                                        Plaintiff - Appellant,

        versus

FOOD LION, LLC,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Tommy E. Miller, Magistrate
Judge.  (CA-01-841-2)

———————

Submitted:  November 5, 2002          Decided:  November 22, 2002

———————

Before WILKINS, WILLIAMS, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Simon H. Scott, III, SAMS & SCOTT, P.C., Norfolk, Virginia, for
Appellant.   Robert W. McFarland, Bryan K. Meals, MCGUIRE WOODS,
L.L.P., Norfolk, Virginia; William H. Baxter II, MCGUIRE WOODS,
L.L.P., Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Priscilla A. Banks appeals from the magistrate judge's order[*] granting summary judgment for Food Lion in Banks' personal injury action. We have reviewed the briefs, the joint appendix, and the magistrate judge's order and find that the magistrate judge properly granted summary judgment in favor of Food Lion. See Grim v. Rahe, 434 S.E.2d 888 (Va. 1993); Colonial Stores, Inc. v. Pulley, 125 S.E.2d 188 (Va. 1962). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Pursuant to 28 U.S.C. § 636 (2000), the parties consented to the jurisdiction of the magistrate judge.

2